UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DURECO KEONNE BROWN,**

    **Plaintiff,**

v.                                    Case No. 3:15cv178/LC/CJK

**M. WHITE**

    **Defendant.**
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 26, 2016 (doc. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 31).

    Having considered the Report and Recommendation, and the objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   Defendant White's motion for summary judgment (doc. 21) is **GRANTED**.

3.   The clerk is directed to enter judgment in favor of defendant White and against plaintiff and close the file.

**DONE AND ORDERED** this 20th day of February, 2016.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**